The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCUS WILLIAM LOWE, <br><br> Defendant. | NO. MJ20-740 <br><br> COMPLAINT FOR VIOLATION <br><br> 18 U.S.C. § 2422(b) |

BEFORE, the Honorable Mary Alice Theiler, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

### COUNT 1
**(Attempted Enticement of a Minor)**

On or about October 1, 2020, in King County, within the Western District of Washington, and elsewhere, MARCUS WILLIAM LOWE attempted to use a means and facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

And the complainant states that this Complaint is based on the following information:

COMPLAINT
*United States v. Marcus Lowe* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I, Special Agent Benjamin Williamson, being duly sworn under oath, depose and say:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since February 2007. I am currently assigned to the Seattle Division's Headquarters Office. As an FBI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, and material involving the sexual exploitation of minors in violation of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2426. I have received specialized training from the FBI Academy consisting of legal classes, investigative techniques, evidence preservation and collection, financial related crimes, and other law enforcement training classes. Additionally, I have been certified in the FBI's Basic and Advanced Online Covert Employee Courses pertaining to online undercover activity, as well as the FBI's Digital Extraction Technician (DExT) Course related to digital evidence extraction and review. Through my training and experience, I have developed an understanding of common habits and practices used by those engaged in criminal acts against children. I have reviewed numerous examples of child sexual abuse material (as defined in 18 U.S.C. § 2256(8)). I have participated in the execution of numerous search warrants which involved child exploitation and/or child sexual abuse material offenses. I have also been the affiant on numerous search warrants relating to child exploitation investigations.

2. The facts set forth in this Complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. I have not set forth each and every fact known to me as a result of this investigation but only those facts I believe necessary to establish probable cause to

COMPLAINT
*United States v. Marcus Lowe* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conclude that MARCUS WILLIAM LOWE committed the offense charged in this Complaint.

3. As further detailed below, based on my investigation and the investigation of other law enforcement officers, I submit there is probable cause to believe that LOWE committed the offense of attempted enticement of a minor.

4. This Complaint is being presented electronically pursuant to Local Criminal Rule CrR 41(d)(3).

## SUMMARY OF THE INVESTIGATION

5. This investigation arose from an undercover operation targeting individuals using the internet to meet and have sex with minors.

6. On October 1, 2020, at approximately 7:10 PM PDT (all times listed are in PDT), an FBI Online Covert Employee (OCE) acting in an undercover capacity was browsing the mobile application Whisper and noticed a post by Whisper User "Anon" (herein after referred to as Anon) titled "Anal stretching fun." The OCE responded to the post by sending the following message: "[thumbs up emoji] dad alone with dau!!!!"

7. Anon and the OCE began chatting via the Whisper chat function. The following is a summary of the chats and is not meant to detail each and every message exchanged between the OCE and Anon. Anon asked about the OCE's purported ten-year-old daughter, (hereinafter referred to as The Child), and asked the OCE if he had his "own fun with The Child." The OCE responded that he did, to which Anon replied he was "interested in being pals." Anon said he lived in Kirkland, Washington, which was not far from the location the OCE was staying and that he had "sometime of [sic] interested." The two then exchanged the following messages:

    Anon: You being serious? Not just yanking me so I get blocked later?

    OCE: Nah man. We here on a little vacay. Leaving tomorrow AM. Just seeing what I find. I get tired of getting yanked around too.

    Anon: Lol glad. Well I'm being serious if you are.

    OCE: Yeah. If you are

COMPLAINT
*United States v. Marcus Lowe* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

>Anon: Cool :) move this conversations to somewhere else then?
>
>OCE: Yah
>
>Anon: What do you prefer to use
>
>OCE: I use kik mostly.

8. Anon and the OCE then exchanged Kik usernames, and Anon told the OCE he had messaged him on Kik. At approximately 7:25 PM, the OCE received a Kik message from an individual using Kik ID: crimson_wolf25, Kik Name: exia48ify hg, the same Kik ID provided by Anon in the Whisper messages. For clarity, this user will also be referred to as Anon. Anon sent the following message to the OCE at approximately 7:25 PM: "Hey from Whisper a second ago." Anon and the OCE then exchanged messages on Kik. Anon told the OCE that he was happy the OCE had responded to his Whisper post and that the OCE had "found someone pretty cool to boot". The OCE and Anon continued to exchange Kik messages, and Anon asked the OCE sexual questions about The Child such as, "So you're [sic] daughter can take full cock?" Anon said he wanted to see pictures of The Child. In response, the OCE sent Anon an image that was not of a real child, appearing to be sitting in the back seat of a car. In response, Anon said, "Oh man," "She's got the bidding breasts (emoji with star eyes)." Anon reiterated that he was "down if you guys are," meaning he wanted to meet and have sex with The Child. After this the following exchange occurred:

>OCE: you ddf?
>
>Anon: Of course. Esspecially [sic] for a special girl like her is [sic] tell you if I was. She get her periods yet
>
>OCE: Not yet but I think she's close
>
>Anon: Mmm (smiley emoji with tongue sticking out)
>
>Anon: Well how do you want to do this

COMPLAINT
*United States v. Marcus Lowe* - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Anon: Promise I'm legit. An [sic] I. Not ugly either lol

OCE: We can host. How much time you wanna spend! Good she's pretty too!!! Lmao

Anon: Think I should trim my pubes though….Lol they got a bit unruly. Awesome I can't anyways thanks to my kids. But I can tell them I'm running to the store for a bit (smiley emoji)

*Anon then said he was going to take a minute and wanted to know where to meet the OCE and The Child; and advised* "I got rubbers".

OCE: You want oral too? Can't nut in her mouth though. She ain't a fan. No shit or piss play. No pain. Well that leaves marks. Lol. How old r ur kids? [sic]

Anon: Sure nothing extreme. I get it she's still young (smiley emoji). Of [sic] she wants to oral me that's fine. Mine are 11 and 8. My oldest is developing nicely too.

9.     The OCE provided a nearby location where Anon could go and instructed him to take a picture of the location and sent to the OCE so that the OCE believed Anon was coming. The OCE asked Anon if he wanted The Child freshly showered, to which Anon answered, "Na I like a little smell and what not (smiley emoji)." Anon confirmed he knew where the location was and would go to that location and send the OCE a picture of the location. Anon wanted to know if The Child was growing any hair and if she had any hair in her armpits. Anon explained he had "a weird thing for prepubescemt [sic] hairy pits lol". Anon said he was afraid the OCE was law enforcement and wanted to see additional pictures of The Child that could be traced back to the OCE or to The Child. Anon continued to express concern about being part of a sting, saying, "No offense kinda need something to show this ain't no Chris Hansen [sic] situation lol."

10.    Anon continued to fret about being part of a sting and wanted additional pictures of The Child. The OCE told Anon that if he "wasn't down," then he did not have to come. At approximately 8:17 PM, Anon sent the OCE a picture of the location previously provided by the OCE. After sending the image of the location, Anon sent the following message, "There's the [location name]. I'm down. So what's next."

COMPLAINT
*United States v. Marcus Lowe* - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

11. The OCE then provided an address in Kirkland, Washington, to Anon so that Anon could come to the location where the OCE and The Child were purportedly staying. The OCE initially gave Anon the wrong address, then sent Anon the corrected address. At approximately 8:29 PM, Anon messaged the OCE "Sure I'm bassacly [sic] on the street." At approximately 8:36 PM, the OCE saw a male walking up to the home associated with the address provided to Anon, and the male appeared to be looking into windows. The OCE sent Anon a message him to "go to the side gate" and "avoid Ring door bell". At approximately 8:54 PM, the OCE sent Anon the message "see us??" and at or about this same time, surveillance agents saw that man turn and run down the street.

12. FBI agents pursued the suspect, later identified as MARCUS WILLIAM LOWE, as he ran back to his car. An FBI agent in an SUV maneuvered to block LOWE's car from leaving. The SUV's blue and red law enforcement lights were activated and clearly visible. As other agents approached LOWE's car wearing clearly identifiable law enforcement markings, LOWE attempted to drive away, but his car hit the SUV. FBI agents approached his car on foot and ordered LOWE to get out. Agents saw LOWE throw several items out of his car and manipulate his cell phone. Agents later recovered four condoms on the ground outside LOWE's car. LOWE was attempting to alter data on his phone and continued to ignore commands from FBI agents. LOWE continued his attempted flight, and agents had to break a window and pull LOWE from the car. During LOWE's attempted flight, his car pinned one of the arresting agents against the law enforcement SUV, and that agent suffered s dislocated shoulder. LOWE's LG smartphone was seized from LOWE's person upon his arrest.

13. I know that it would be a violation of RCW 9A.44.073 (Rape of a Child in the First Degree) for LOWE to engage in sexual intercourse with a child under the age of twelve to whom he is not married.

14. While LOWE invoked his right to counsel in a subsequent interview, LOWE indicated two children in his care had been left alone. Law enforcement

COMPLAINT
*United States v. Marcus Lowe* - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conducted a safety check. MV1, a minor under the age of twelve reported that LOWE sexually assaulted her on two previous occasions.

15. As part of this investigation, law enforcement also seized several additional digital devices that belonged to LOWE that were provided by a witness who identified them as belonging to LOWE. A preliminary examination of LOWE's smartphone and other digital devices has revealed 212 image and video files that constitute suspected child pornography, including depictions of the sexual abuse of infants/toddlers and minors subjected to sadomasochistic conduct.

## CONCLUSION

16. Based on the above facts, I respectfully submit that there is probable cause to believe that MARCUS WILLIAM LOWE committed the offense charged in Count 1 above.

Benjamin M. Williamson
Special Agent
Federal Bureau of Investigation

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit submitted to me by reliable electronic means pursuant to Fed. R. Crim. Proc. 4.1(a), and the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 16th day of November, 2020.

MARY ALICE THEILER
United States Magistrate Judge

COMPLAINT
United States v. Marcus Lowe - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970